AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>SUDHEESH RAGHAVAN NAMBIAR<br>*Defendant* | ) | Case No. CR 26-0405-NW |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08/20/2026

Sudheesh

*Defendant's signature*

*Signature of defendant's attorney*

Guyton N. Jinkerson

*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*